Lin Wang (State Bar No. 261387)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
linwang@jonesday.com

Attorneys for Defendant
Yazaki North America, Inc.

[ADDITIONAL COUNSEL IDENTIFIED ON SIGNATURE PAGES]

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GEORGE NICOUD, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FURUKAWA ELECTRIC COMPANY, LTD.; DENSO CORPORATION; DENSO INTERNATIONAL AMERICA, INC.; DELPHI AUTOMOTIVE LLP; LEAR CORPORATION; YAZAKI CORPORATION; YAZAKI NORTH AMERICA, INC.; TOKAI RIKA COMPANY, LTD; LEONI AG; SUMITOMO ELECTRIC INDUSTRIES, LTD.; and S-Y SYSTEMS TECHNOLOGIES EUROPE GMBH,<br><br>　　　　　　　Defendants. | **Case No. 11-cv-05057 ~~LB~~ JW**<br><br>Judge:　Hon. Laurel Beeler<br>Dept.:　Courtroom 4, 3rd Floor<br><br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

1  Currently pending before the United States Judicial Panel on Multidistrict Litigation

2  ("JPML") is a motion filed on October 11, 2011, pursuant to 28 U.S.C. § 1407, to consolidate for

3  pretrial proceedings a number of related civil actions alleging that defendants engaged in a price-

4  fixing conspiracy regarding automotive electrical wire harness systems (the "Related Actions").

5  So as to preserve both party and judicial resources pending the JPML's decision in this

6  matter, plaintiff George Nicoud ("Plaintiff") and defendants Lear Corporation, Yazaki North

7  America, Inc., and DENSO International America, Inc. (collectively, "Stipulating Defendants"),

8  by and through their undersigned counsel, stipulate to the following:

9  (1)  If the JPML transfers all related civil actions to a single district for coordinated or

10  consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Stipulating Defendants shall,

11  as permitted by Federal Rule 12, answer, move or otherwise respond to the complaint in the

12  above-captioned action (the "Complaint") within 45 days after: (a) the plaintiffs in the

13  consolidated actions serve a consolidated amended complaint, or (b) the plaintiffs in the

14  consolidated actions serve notice that they will not file a consolidated amended complaint.

15  (2)  If the JPML denies the motion to transfer all related civil actions to a single district

16  for coordinated or consolidated pretrial proceedings, the Stipulating Defendants shall, as

17  permitted by Federal Rule 12, answer, move or otherwise respond to the Complaint within 45

18  days after service of the JPML ruling.

19  (3)  If all plaintiffs in the Related Actions agree to consolidate all related civil actions

20  in a single district and withdraw the pending motions before the JPML, and the Stipulating

21  Defendants, or any of them, have not and do not file their own motions to transfer the Related

22  Actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28

23  U.S.C. § 1407, the Stipulating Defendants shall, as permitted by Rule 12, answer, move or

24  otherwise respond to the Complaint within 45 days after: (a) the plaintiffs in the consolidated

25  actions file a consolidated amended complaint, or (b) the plaintiffs in the consolidated actions file

26  notice that they will not file a consolidated amended complaint.

27  (4)  Notwithstanding paragraphs (1), (2) or (3), above, if any Stipulating Defendant

28  files an answer, moves or otherwise responds pursuant to Federal Rule 12 in any of the Related

1  Actions before the date required by this stipulation, such Stipulating Defendant will concurrently
2  file its answer, move or otherwise respond as permitted by Rule 12 in this matter.

3    (5)   Plaintiff and the Stipulating Defendants stipulate and agree that the entry into this
4  stipulation by the Stipulating Defendants shall not constitute a waiver of (a) any jurisdictional
5  defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, (b) any
6  affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or (c) any other
7  statutory or common law defenses that may be available to the Stipulating Defendants in this and
8  the other Related Actions.  The Stipulating Defendants expressly reserve their rights to raise any
9  such defenses (or any other defense) in response to either the current Complaint or any amended
10 complaint that may be filed relating to this action.

11   (6)   Plaintiff further agrees that this extension is available, without further stipulation
12 with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of their
13 intention to join this Stipulation.

14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1 **IT IS SO STIPULATED.**

2 Dated: November 7, 2011                    GLANCY BINKOW & GOLDBERG LLP

3

4                                             By: /s/ Joseph Barton
                                                  Joseph Barton

5                                             Susan G. Kupfer (State Bar No. 141724)
                                              Joseph Barton (State Bar No. 188441)
6                                             One Embarcadero Center, Suite 760
                                              San Francisco, CA  94111
7                                             Tel. (415) 972-8160
                                              Fax. (415) 972-8166
8                                             skupfer@glancylaw.com
                                              jbarton@glancylaw.com
9
                                              Attorneys for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: November 7, 2011 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By:  /s/ Christopher J. Kelly<br>         Christopher J. Kelly |
| 4 | | Christopher J. Kelly (State Bar No. 276312)<br>Two Palo Alto Square, Suite 300 |
| 5 | | 3000 El Camino Real<br>Palo Alto, CA  94306-2112 |
| 6 | | Tel. (650) 331-2000<br>cjkelly@mayerbrown.com |
| 7 | | |
| 8 | | Andrew S. Marovitz<br>Britt M. Miller<br>MAYER BROWN LLP |
| 9 | | 71 South Wacker Drive<br>Chicago, IL  60606 |
| 10 | | Tel. (312) 782-0600<br>amarovitz@mayerbrown.com |
| 11 | | bmiller@mayerbrown.com |
| 12 | | Howard B. Iwrey<br>DYKEMA GOSSETT PLLC |
| 13 | | 39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI  48304 |
| 14 | | Tel. (248) 203-0526<br>hiwrey@dykema.com |
| 15 | | |
| 16 | | Attorneys for Defendant Lear Corporation |

SFI-715861v1

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO CLASS ACTION COMPLAINT
CASE NO. 11-CV-05057 LB

| | | |
|---|---|---|
| 1 | Dated: November 7, 2011 | JONES DAY |
| 2 | | |
| 3 | | By:  /s/ Lin Wang
Lin Wang |
| 4 | | Lin Wang (State Bar No. 261387)
Jones Day |
| 5 | | 555 California Street
26th Floor |
| 6 | | San Francisco, CA 94104
Tel. (415) 626-3939 |
| 7 | | linwang@jonesday.com |
| 8 | | John M. Majoras
Carmen G. McLean |
| 9 | | JONES DAY
51 Louisiana Ave. N.W. |
| 10 | | Washington, D.C. 20001-2113
Tel. (202) 879-3939 |
| 11 | | jmmajoras@jonesday.com
cgmclean@jonesday.com |
| 12 | | |
| 13 | | Michelle K. Fischer
Stephen J. Squeri |
| 14 | | JONES DAY
North Point |
| 15 | | 901 Lakeside Avenue
Cleveland, OH 44114 |
| 16 | | Tel. (216) 586-3939
mfischer@jonesday.com |
| 17 | | sjsqueri@jonesday.com |
| 18 | | Attorneys for Defendant Yazaki North America, Inc. |

SFI-715861v1

- 2 -

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
CLASS ACTION COMPLAINT
CASE NO. 11-CV-05057 LB

| | |
|---|---|
| Dated: November 7, 2011 | WILMER CUTLER PICKERING HALE AND DORR |
| | By: /s/ Nathan L. Walker <br> Nathan L. Walker |

Nathan L. Walker (State Bar No. 206128)
Jane Y. Huang (State Bar No. 267754)
Wilmer Cutler Pickering Hale and Dorr
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6070
nathan.walker@wilmerhale.com
jane.huang@wilmerhale.com

Steven F. Cherry
Stephanie K. Wood
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel. (202) 663-6000
steven.cherry@wilmerhale.com
stephanie.wood@wilmerhale.com

Attorneys for Defendant DENSO International America, Inc.